RJG/MGP                                                                                    5454-26325

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRCIT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| GABRIEL CUELLAR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SWIFT INTERMODAL CO., SWIFT | ) |
| TRANSPORTATION CO. OF ARIZONA, | ) |
| LLC, SWIFT TRANSPORTATION AND | ) |
| LEASING, INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

NOW COMES Defendant, SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, a

Delaware limited liability company (hereinafter "Defendant"), by its attorneys, Robert J. Golden,

Michael G. Patrizio, and Dowd & Dowd, Ltd., pursuant to 28 U.S.C. 1332, 1441, and1446, removes

this lawsuit from the Circuit Court of Cook County, Illinois, to the United States District Court for

the Northern District of Illinois, Eastern Division. In support of its removal, Defendant states as

follows:

1.      The ground for Defendant's Notice of Removal is subject matter jurisdiction based

on diversity of citizenship as established in 28 U.S.C. 1332.

2.      Upon information and belief, Plaintiff, GABRIEL CUELLAR (hereinafter

"Plaintiff"), is a citizen of the State of Illinois, having an address at 4338 West 31st Street, Chicago,

Illinois 60623.

3.      Defendant SWIFT TRANSPORATION CO. OF ARIZONA, LLC, is a subsidiary of

Swift Transportation Co., LLC, a Delaware limited liability company. (See, State of Delaware

Certificate of Formation, attached as Exhibit A.)  Defendant's principal place of business is located

at 2200 South 75th Avenue, Phoenix, Arizona. (See, company website, attached as Exhibit B.) Defendant is therefore a citizen of the State of Delaware and the State of Arizona.

4. As to the other named Defendants, they have not yet been served. They also are subsidiaries of Swift Transportation Co., LLC, a Delaware limited liability company, and have their principal place of business at 2200 South 75th Avenue, Phoenix, Arizona.

5. Accordingly, complete diversity of citizenship exists among all Parties.

6. This lawsuit arises from an alleged occurrence on the premises of Excel, Inc., located at 1701 Remington Road, Bolingbrook, Illinois 60490. Plaintiff alleges he was injured during the course of his employment when, while operating a forklift, certain trailer jacks failed, causing a trailer to shift, resulting in bodily injury.

7. Plaintiff filed a "Complaint at Law" in the Circuit Court of Cook County, styled *Gabriel Cuellar v. Swift Intermodal Co., Swift Transportation Co. of Arizona, LLC, Swift Transportation, Inc., and Swift Transportation and Leasing*, No. 16 L 8160. See, Exhibit C.

8. The Complaint alleges Plaintiff sustained "severe, permanent and pecuniary injuries" (Exhibit B, par. 9.) Upon information and belief, Plaintiff sustained injuries to his shoulder and back that may require surgery. For these reasons, Defendant believes in good faith that the amount in controversy exceeds the jurisdictional amount of $75,000.

9. Defendant was served with the Summons and Complaint on August 22, 2016, through its registered agent. See, Service of Process Summary Transmittal Form, attached as Exhibit D.

10. Accordingly, this Notice of Removal was filed within 30 days of "the receipt by the defendant, through service of otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based." 28 U.S.C. 1446(b).

11.     As required by 28 U.S.C. 1446(d), Defendant will promptly serve upon Plaintiff's counsel, and file with the Clerk of the Circuit Court of Cook County, a true and correct copy of this Notice.

12.     By removing this action, Defendant does not waive any defenses available to it.

13.     If any question arises as to the propriety of the removal of this action, Defendant requests the opportunity to present a brief and oral argument in support of its position that this case is removable.

14.     This Notice is signed in compliance with Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, Defendant SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, a Delaware limited liability company, by its attorneys, prays that this Honorable Court retain jurisdiction of this matter pursuant to 28 U.S.C. 1332, 1441 and 1446.

Respectfully submitted,


By:     s/ Robert J. Golden


Robert J. Golden, ARDC No. 6193047
Michael G. Patrizio, ARDC No. 6188853
Dowd & Dowd, Ltd.
2277 West Monroe Street—Suite 2650
Chicago, Illinois 60606
Tel.: (312) 704-4400
rgolden@dowdanddowd.com
mpatrizio@dowdanddowd.com